

1   PATRICIA L. GLASER - State Bar No. 55668
    pglaser@glaserweil.com
2   FRED D. HEATHER - State Bar No. 110650
    fheather@glaserweil.com
3   MARY ANN T. NGUYEN – State Bar No. 269099
    mnguyen@glaserweil.com
4   GLASER WEIL FINK JACOBS
      HOWARD AVCHEN & SHAPIRO LLP
5   10250 Constellation Boulevard, 19th Floor
    Los Angeles, California 90067
6   Telephone: (310) 553-3000
    Facsimile:  (310) 556-2920
7
    Attorneys for Plaintiff
8   LegalZoom.com, Inc.

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

13  LEGALZOOM.COM, INC., a Delaware         CASE NO. Case CV12 9942-GAF
    corporation                            (AGRx)
14                                          Hon. [JUDGE]
                   Plaintiff,
15                                          COMPLAINT FOR:
    v.
16                                          1.  TRADEMARK
    ROCKET LAWYER INCORPORATED,                 INFRINGEMENT
17  a Delaware corporation
                                            2.  FEDERAL UNFAIR
18                 Defendant.                    COMPETITION

19                                          3.  CALIFORNIA FALSE AND
                                                MISLEADING ADVERTISING
20
                                            4.  CALIFORNIA UNFAIR
21                                              COMPETITION

22

23                                          [JURY TRIAL DEMANDED]

24

25

26

27

28

─────────────────────────────────────────────
                    COMPLAINT

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

785129

1    Plaintiff LegalZoom.com, Inc. ("LegalZoom" or "Plaintiff") submits the

2  following complaint (the "Complaint") against Defendant Rocket Lawyer

3  Incorporated ("RocketLawyer" or "Defendant"), and alleges as follows:

4                          **NATURE OF ACTION**

5    This Complaint is brought by LegalZoom to expose the willful and systematic

6  acts of trademark infringement, false advertising and unfair competition by

7  RocketLawyer.

8    In an attempt to resolve this matter amicably outside the courts, on September

9  7, 2011, LegalZoom notified Google regarding RocketLawyer's false advertising

10  practices and unauthorized use of LegalZoom's trademarks as Google search terms

11  (the "Google Notification").  A true and correct copy of the Google Notification is

12  attached hereto as **Exhibit A-1**.  On or around September 23, 2011, after an

13  investigation of the Google Notification, Google confirmed that "[t]he ads in question

14  will now display in accordance with Google's trademark policies."  A true and correct

15  copy of the Google confirmation email is attached hereto as **Exhibit A-2**.

16  LegalZoom's use of Google's notification system to remedy RocketLawyer's

17  misconducts proved to be short lived.

18    On or about October 13, 2011, LegalZoom's chairman, Brian Liu, contacted

19  RocketLawyer's CEO, Dan Nye, stating that there were "important issues that

20  [LegalZoom's] legal department has brought up regarding [RocketLawyer's]

21  advertising."  Mr. Nye responded by stating that Mr. Liu should discuss this issue

22  with Charley Moore, RocketLawyer's founder and Chairman, and copied Mr. Moore

23  on the email exchange.  A true and correct copy of the email is attached hereto as

24  **Exhibit A-3**.

25    On October 14, Mr. Liu had a telephone conversation with  Mr. Moore, stating

26  that LegalZoom took issue to RocketLawyer's ads, which promised "Set up a Free

27  LLC… Totally Free," and "100% Free," since state filing fees must always be paid

28  when setting up an LLC through RocketLawyer. Mr. Liu also implored Mr. Moore to

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

785129

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

1  read and follow the Federal Trade Commission's guidelines regarding the use of the

2  word "free" in advertising. Mr. Liu requested that RocketLawyer immediately take

3  down these and other misleading advertisements. This conversation and examples of

4  the offending advertisements were memorialized in an email from Mr. Liu to Mr.

5  Moore, dated October 14, 2011. A true and correct copy of this email is attached

6  hereto as **Exhibit A-4**.

7       One month later, the misleading RocketLawyer advertising still had not been

8  changed or removed. Beginning November 15, 2011, in a series of emails, Mr. Liu

9  repeatedly requested that RocketLawyer discontinue its misleading advertisements

10 and discontinue its use of LegalZoom's trademarks, "LEGALZOOM" (U.S.

11 Trademark Registration Nos. 3211009; 3210728; 3210861; and 2540549) and

12 "LEGALZOOM.COM" (U.S. Trademark Registration Nos. 3569400 and 3748170)

13 (the "Trademarks"), or any confusingly similar variations thereto, including but not

14 limited to "LEGAL ZOOM," as Internet search terms in connection with

15 RocketLawyer's false advertising and unfair competition practices. True and correct

16 copies of the emails between Brian Liu and Charley Moore, dated between November

17 15 and November 18, 2011, are attached hereto as **Exhibit A-5**.

18      To date, the activities complained of have continued and LegalZoom has no

19 choice but to bring this action seeking injunctive relief and damages.

20      **JURISDICTION AND VENUE**

21      1.    This Complaint arises under the trademark laws of the United States, 15

22 U.S.C. §1114 *et seq*. This Court has original jurisdiction of this action under 15

23 U.S.C. §1121 and 28 U.S.C. §§ 1331 and 1338. This Court has supplemental

24 jurisdiction under 28 U.S.C. § 1367 because the claims are so related as to form part

25 of the same case or controversy.

26      2.    This Court has personal jurisdiction over Defendant because Defendant

27 solicits, transacts and does business in California and this District via its website and

28 toll-free telephone number, a substantial part of the wrongful acts or omissions

1  complained of occurred in this District, and Defendant is subject to personal

2  jurisdiction in this District.  Defendant purposefully directed its activities toward this

3  District when it willfully infringed LegalZoom's intellectual property rights,

4  specifically targeted consumers here, and a substantial part of the harm was felt in this

5  District.

6      3.     Venue is proper in the United States District Court for the Central

7  District of California under 28 U.S.C. §§ 1391(b) and (c).

8                              **THE PARTIES**

9      4.     Plaintiff LegalZoom is a corporation duly organized and existing under

10  the laws of the State of Delaware with its principal place of business at 101 North

11  Brand Boulevard, 11th Floor, Glendale, California 91203.  LegalZoom is in good

12  standing with the California Secretary of State.

13      5.     On information and belief, Defendant RocketLawyer is a Delaware

14  Corporation doing business at 182 Howard Street, #830, San Francisco, California

15  94105.

16                          **FACTUAL ALLEGATIONS**

17  **LegalZoom's Intellectual Property**

18      6.     LegalZoom provides personalized, affordable, online legal solutions for

19  families and small businesses.  Founded more than 12 years ago by attorneys with

20  experience at some of the top law firms in the country, LegalZoom has helped over

21  two million Americans become protected with binding legal documents.  Although

22  LegalZoom is not a law firm, it can help customers throughout the United States gain

23  access to attorneys through its legal plans.

24      7.     Since June 2000, and continuously to the present, LegalZoom has owned

25  and used the trademarks LEGALZOOM and LEGALZOOM.COM in interstate

26  commerce in connection with its LegalZoom.com business.

27      8.     LegalZoom is the owner of federal trademark registration, Reg. No.

28  3211009, issued by the United States Patent and Trademark Office ("USPTO") on

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

3
COMPLAINT

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

1  February 20, 2007 for "LEGALZOOM" for use on or in connection with "[p]roviding

2  online directory information on attorney listings; [and] [a]ttorney referral and

3  matching services."  Affidavits have been filed pursuant to Sections 8 and 15 of the

4  Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable.

5  Attached hereto as **Exhibit B-1** is a true and correct copy of the Certificate of

6  Registration for this trademark.

7        9.     LegalZoom is the owner of federal trademark registration, Reg. No.

8  3210728, issued by the United States Patent and Trademark Office ("USPTO") on

9  February 20, 2007 for "LEGALZOOM" for use on or in connection with "[l]egal

10 document preparation services and providing general legal information via a website

11 on global computer networks."  Affidavits have been filed pursuant to Sections 8 and

12 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is

13 incontestable.  Attached hereto as **Exhibit B-2** is a true and correct copy of the

14 Certificate of Registration for this trademark.

15       10.    LegalZoom is the owner of federal trademark registration, Reg. No.

16 3210861, issued by the United States Patent and Trademark Office ("USPTO") on

17 February 20, 2007 for "LEGALZOOM" for use on or in connection with "[a]ttorney

18 referral services."  Attached hereto as **Exhibit B-3** is a true and correct copy of the

19 Certificate of Registration for this trademark.

20       11.    LegalZoom is the owner of federal trademark registration, Reg. No.

21 2540549, issued by the United States Patent and Trademark Office ("USPTO") on

22 February 19, 2002 for "LEGALZOOM" for use on or in connection with "[l]egal

23 document preparation services and providing general legal information via a website

24 on global computer networks."  Affidavits have been filed pursuant to Sections 8 and

25 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is

26 incontestable.  Attached hereto as **Exhibit B-4** is a true and correct copy of the

27 Certificate of Registration for this trademark.

28       12.    LegalZoom is the owner of federal trademark registration, Reg. No.

785129

1  3569400, issued by the United States Patent and Trademark Office ("USPTO") on

2  February 3, 2009 for "LEGALZOOM.COM" for use on or in connection with

3  "[p]roviding online directory information on attorney listings and [a]ttorney referral

4  and matching services."  Attached hereto as **Exhibit B-5** is a true and correct copy of

5  the Certificate of Registration for this trademark.

6        13.    LegalZoom is the owner of federal trademark registration, Reg. No.

7  3748170, issued by the United States Patent and Trademark Office ("USPTO") on

8  February 16, 2010 for "LEGALZOOM.COM" for use on or in connection with

9  "[p]roviding online directory information on attorney listings [and] [a]ttorney referral

10  and matching services."  Attached hereto as **Exhibit B-6** is a true and correct copy of

11  the Certificate of Registration for this trademark.

12        14.    RocketLawyer did not use LEGALZOOM or LEGALZOOM.COM prior

13  to 2000.  LegalZoom therefore has priority over RocketLawyer's use of

14  LEGALZOOM and LEGALZOOM.COM.

15        15.    LegalZoom has invested substantial sums of time, money and effort to

16  develop, use, advertise and promote the Trademarks.  The trademarks LEGALZOOM

17  and LEGALZOOM.COM, have been, and will continue to be, known by consumers

18  throughout the United States as identifying and distinguishing LegalZoom's products

19  and services.  As a result, the Trademarks have become an integral and indispensible

20  part of LegalZoom's goodwill and business.

21  **RocketLawyer's Misconduct**

22        16.    RocketLawyer is an online legal services company that provides

23  individuals and small to medium sized businesses with online legal services,

24  including incorporation, estate plans, legal health diagnosis, and legal document

25  review.  RocketLawyer also provides a network of attorneys that consumers and small

26  businesses can consult with on legal issues through its "On Call" service.  However,

27  RocketLawyer's website expressly disclaims that "RocketLawyer.com is not a law

28  firm, and the employees of RocketLawyer.com are not acting as your attorney.

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

785129

1 │ RocketLawyer.com does not practice law and does not give legal advice."

2 │     17.    RocketLawyer promotes and sells its products and services to online

3 │ customers through its interactive website located at www.rocketlawyer.com.

4 │     18.    LegalZoom is informed and believes that RocketLawyer registered, in

5 │ bad faith, the internet domain names "www.legalzoomgadget.com" and

6 │ "www.legalzoomer.com." These domain names are confusingly similar to

7 │ LegalZoom's Trademarks.

8 │     19.    LegalZoom is informed and believes that RocketLawyer purchased the

9 │ search terms, "LegalZoom," "Legal Zoom" and "LegalZoom.com," from Internet

10 │ search engines, including, but not limited to Google.com, Yahoo.com and Bing.com,

11 │ to improperly divert potential consumers of LegalZoom to the RocketLawyer website

12 │ by triggering sponsored links to www.rocketlawyer.com. True and correct copies of

13 │ the search results are attached hereto as **Exhibit C**.

14 │     20.    When customers click on the sponsored link, they are directed to

15 │ RocketLawyer's website, www.rocketlawyer.com, which advertises, among other

16 │ things "incorporate for free… pay no fees ($0)," "free help from local attorneys,"

17 │ "free legal review," and "free" trials of RocketLawyer's "Pro Legal Plan." True and

18 │ correct copies of these advertisements are attached hereto as **Exhibit D**.

19 │     21.    These RocketLawyer advertisements are false and misleading.

20 │ Customers seeking to "incorporate for free" through RocketLawyer's services are

21 │ nonetheless required to pay the state fees associated with incorporation. In addition,

22 │ customers can access the "free help from local attorneys" and the "free legal review"

23 │ only if they are **paid** members of RocketLawyer's "Basic Legal Plan" or "Pro Legal

24 │ Plan." This paid membership requirement for access to the purported "free help from

25 │ local attorneys" and "free legal review" is **not** disclosed in close proximity to the

26 │ advertisements on RocketLawyer's website. Furthermore, despite advertisements that

27 │ customers can try RocketLawyer's "Pro Legal Plan" for "free," customers who sign

28 │ up for a one-week free trial membership under the "Pro Legal Plan" are instead

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

785129

1  directed to enroll in a one-week trial of RocketLawyer's "Basic Legal Plan" and

2  cannot access the "free help from local attorneys" or "free legal review" until they

3  become paid members under an annual plan or paid members under a monthly plan

4  for at least 90 days.

5       22.    RocketLawyer is not licensed or authorized in any way to use the

6  LEGALZOOM or LEGALZOOM.COM trademarks, or any confusingly similar

7  imitations thereon in connection with the marketing, distribution, display or sale of

8  RocketLawyer's products or services.

9       23.    RocketLawyer's purchase of LegalZoom's Trademarks as search terms

10  from Google.com, Yahoo.com and Bing.com has driven up costs to LegalZoom for

11  the purchase of its own search terms.

12       24.    RocketLawyer's use of LegalZoom's Trademarks to divert customers to

13  its website and false and misleading advertisements and to promote competing goods

14  and services through an identical means of promotion used by LegalZoom (i.e. the

15  Internet) is likely to cause initial interest confusion of consumers who are in fact

16  searching solely for LegalZoom and/or the Trademarks and is highly likely to cause

17  confusion, mistake and deception among the general public as to the origin of

18  RocketLawyer's goods and services and/or as to the sponsorship by, affiliation with,

19  and/or connection to LegalZoom.

20       25.    LegalZoom has lost business and continues to lose business caused by

21  the trademark infringement, false and misleading advertisements and unfair

22  competition practices as a result of at least one customer being diverted to the

23  RocketLawyer website and/or refusing to do business with LegalZoom due to the fact

24  that the RocketLawyer advertisements falsely state that RocketLawyer.com offers

25  "free" incorporation, "free help from local attorneys," "free legal review," and "free"

26  trials of RocketLawyer's "Pro Legal Plan."

27                    **FIRST CLAIM FOR RELIEF**

28       **(Trademark Infringement in Violation of 15 U.S.C. § 1114 *et seq.*)**

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

785129

26.     LegalZoom realleges and incorporates by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

27.     LegalZoom has registered the Trademarks with the federal principal register and has constructively and/or actually used the Trademarks in connection with its goods and services in interstate commerce since 2000.  Accordingly, LegalZoom has valid trademarks entitled to protection under the Lanham Act.

28.     RocketLawyer has used, and continues to use, LegalZoom's Trademarks in commerce by registering domain names confusingly similar to the LegalZoom Trademarks and by using LegalZoom's Trademarks as search terms to place advertisements for RocketLawyer's goods and services above the organic listings for LegalZoom and the Trademarks.

29.     RocketLawyer's use of the Trademarks as alleged herein was done without the authorization or consent of LegalZoom and continues without the authorization or consent of LegalZoom.

30.     Such use is likely to cause initial interest confusion of consumers who are in fact searching solely for LegalZoom and/or the Trademarks and is highly likely to cause confusion, mistake and deception among the general public as to the origin of RocketLawyer's goods and services and/or as to the sponsorship by, affiliation with, and/or connection to LegalZoom.

31.     By using the Trademarks, and by selling, offering for sale, distributing, and/or advertising goods and services to the general public in connection with the Trademarks, for profit, RocketLawyer has caused and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of members of the public, and additional injury to LegalZoom's exclusive right to control, and benefit from, its Trademarks, as well as LegalZoom's goodwill and reputation as symbolized by the Trademarks for which LegalZoom has no adequate remedy at law.

32.     RocketLawyer's conduct demonstrates an intentional, willful, and malicious intent to trade on the goodwill associated with LegalZoom's Trademarks to

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

785129

1   LegalZoom's great and irreparable injury.

2       33.    RocketLawyer has caused and is likely to continue causing substantial

3   injury to the public and to LegalZoom, and LegalZoom is entitled to injunctive relief

4   and to recover RocketLawyer's profits, actual damages, enhanced profits and

5   damages, costs and reasonable attorneys' fees under 15 U.S.C. §§ 1114, 1116 and

6   1117.

7                        **SECOND CLAIM FOR RELIEF**

8       **(Federal Unfair Competition in Violation of 15 U.S.C. § 1125(a))**

9       34.    LegalZoom realleges and incorporates by reference each and every

10  allegation contained in the above paragraphs as if fully set forth herein.

11      35.    RocketLawyer has registered internet domain names which are

12  confusingly similar to LegalZoom's Trademarks and uses LegalZoom's Trademarks

13  as search terms to place its advertisements above the organic listings for LegalZoom

14  and the Trademarks.  RocketLawyer sells, offers for sale, distributes, and/or

15  advertises goods and services to consumers that directly compete with LegalZoom's

16  sales of its own products and services.

17      36.    RocketLawyer's use of the Trademarks is likely to cause initial interest

18  confusion of consumers who are in fact searching solely for LegalZoom and/or the

19  Trademarks, and is highly likely to cause confusion, mistake and deception among the

20  general public as to the origin of RocketLawyer's goods and services and/or as to the

21  sponsorship by, affiliation with, and/or connection to LegalZoom in violation of 28

22  U.S.C. § 1125(a).

23      37.    RocketLawyer's use of the Trademarks as alleged herein was done

24  without the authorization or consent of LegalZoom and continues without the

25  authorization or consent of LegalZoom.

26      38.    By using the Trademarks, and by selling, offering for sale, distributing,

27  and/or advertising goods and services to the general public in connection with the

28  Trademarks, for profit, RocketLawyer has caused and, unless enjoined by this Court,

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

9
COMPLAINT

785129

1  will continue to cause a likelihood of confusion and deception of members of the

2  public, and additional injury to LegalZoom's exclusive right to control, and benefit

3  from, its Trademarks, as well as LegalZoom's goodwill and reputation as symbolized

4  by the Trademarks for which LegalZoom has no adequate remedy at law.

5      39.    RocketLawyer's conduct demonstrates an intentional, willful, and

6  malicious intent to trade on the goodwill associated with LegalZoom's Trademarks to

7  LegalZoom's great and irreparable injury.

8      40.    RocketLawyer has caused and is likely to continue causing substantial

9  injury to the public and to LegalZoom, and LegalZoom is entitled to injunctive relief

10  and to recover RocketLawyer's profits, actual damages, enhanced profits and

11  damages, costs and reasonable attorneys' fees under 15 U.S.C. §§ 1114, 1116 and

12  1117.

13                         **THIRD CLAIM FOR RELIEF**

14  **(California False and Misleading Advertising in Violation of Cal. Bus. & Prof.**

15                              **Code § 17500)**

16      41.    LegalZoom realleges and incorporates by reference each and every

17  allegation contained in the above paragraphs as if fully set forth herein.

18      42.    At all relevant times herein mentioned, RocketLawyer is a corporation

19  doing business at 182 Howard Street, #830, San Francisco, California 94105.

20      43.    Beginning on a date unknown to LegalZoom but within at least the last

21  three (3) years preceding the filing of this Complaint, RocketLawyer, acting directly

22  or indirectly with the intent to induce members of the public to engage

23  RocketLawyer's services and purchase RocketLawyer's products, made or caused to

24  be made, in violation of Business and Professions Code section 17500, untrue or

25  misleading statements in the state of California via its website, that include, but are

26  not limited to, the following:

27      A.    Representing that customers can "incorporate for free… pay no

28  fees ($0)," when, in fact, customers seeking to "incorporate for free" through

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

10
COMPLAINT

785129

RocketLawyer's services are nonetheless required to pay the state fees associated with incorporation.

     B.    Representing that customers can get "free help from local attorneys," when, in fact, access to the "free help from local attorneys" is available only after customers become **paid** members of RocketLawyer's "Basic Legal Plan" or "Pro Legal Plan." This membership requirement for the "free help from local attorneys" is **not** disclosed in close proximity to the advertisements on the RocketLawyer website.

     C.    Representing that customers can get "free legal review," when, in fact, access to the "free legal review" is available only after customers become **paid** members of RocketLawyer's "Basic Legal Plan" or "Pro Legal Plan." This membership requirement for the "free legal review" is **not** disclosed in close proximity to the advertisements on the RocketLawyer website.

     D.    Representing that customers can get "free" trials of RocketLawyer's "Pro Legal Plan," when, in fact, customers who sign up for a trial membership under the "Pro Legal Plan" are directed to enroll in a one-week trial of RocketLawyer's "Basic Legal Plan" and cannot access the "free help from local attorneys" or "free legal review" until they become paid members under an annual plan or paid members under a monthly plan for at least 90 days.

    44.    In making and disseminating the advertisements herein alleged, RocketLawyer knew, or by the exercise of reasonable care should have known, that the advertisements were untrue and misleading and so acted in violation of Section 17500 of the Business and Professions Code. RocketLawyer's advertising further violates Section 17509 in that the advertisements herein alleged require, as a condition of the "free" services, the payment of state fees and/or the purchase of paid membership.

    45.    LegalZoom has lost business caused by the false and misleading

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

785129

1 RocketLawyer advertisements as a result of at least one customer refusing to do

2 business with LegalZoom due to the fact that the RocketLawyer advertisements

3 falsely stated that RocketLawyer.com offers "free" incorporation, "free help from

4 local attorneys," "free legal review," and "free" trials of RocketLawyer's "Pro Legal

5 Plan."

6     46.    Unless restrained by this court, RocketLawyer will continue to engage in

7 untrue and misleading advertising, as alleged above, in violation of Section 17500 of

8 the Business and Professions Code and in violation of Section 17509 of the California

9 Business and Professions Code, thus tending to render judgment in the instant action

10 ineffectual and will cause additional injury to LegalZoom for which LegalZoom has

11 no adequate remedy at law.

12     47.    Pursuant to California Business and Professions Code section 17500,

13 LegalZoom seeks an order of this Court preliminarily and permanently enjoining

14 RocketLawyer from continuing to engage in the false and misleading advertising set

15 forth herein, as well as restitution or disgorgement of any monies received by

16 RocketLawyer through such acts or practices.

17 **FOURTH CLAIM FOR RELIEF**

18 **(California Unfair Competition in Violation of Cal. Bus. & Prof.**

19 **Code § 17200 *et seq.*)**

20     48.    LegalZoom realleges and incorporates by reference each and every

21 allegation contained in the above paragraphs as if fully set forth herein.

22     49.    RocketLawyer's use of LegalZoom's Trademarks as Internet search

23 terms to divert customers to RocketLawyer's website and false and misleading

24 advertising, as alleged above, constitutes unfair competition in violation of Section

25 17200 *et seq.* of the California Business and Professions Code.

26     50.    RocketLawyer intentionally uses the search terms "LegalZoom," "Legal

27 Zoom" and "LegalZoom.com" to trigger sponsored links and to redirect customers to

28 RocketLawyer's website www.rocketlawyer.com, which falsely and misleadingly

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

785129

1  advertises, among other things "free" incorporation, "free help from local attorneys,"

2  "free legal review," and "free" trials of RocketLawyer's "Pro Legal Plan."

3      51.   LegalZoom is informed and believes RocketLawyer, as a competitor to

4  LegalZoom, performed the acts alleged herein for the purpose of injuring LegalZoom.

5  The acts alleged herein continue to this day and present a threat to LegalZoom, the

6  general public, the trade and consumers.

7      52.   As a result of RocketLawyer's wrongful acts, LegalZoom has suffered

8  and will continue to suffer loss of income, profits and valuable business opportunities

9  and if not preliminarily or permanently enjoined, RocketLawyer will have unfairly

10  derived and will continue to unfairly derive income, profits and business opportunities

11  as a result of its wrongful acts.

12      53.   Pursuant to California Business and Professions Code section 17200 *et*

13  *seq.*, LegalZoom seeks an order of this Court preliminarily and permanently enjoining

14  RocketLawyer from continuing to engage in the unlawful, unfair and fraudulent acts

15  or practices set forth herein, as well as restitution or disgorgement of any monies

16  received by RocketLawyer through such acts or practices.

17  **PRAYER FOR RELIEF**

18      WHEREFORE, LegalZoom.Com, Inc. prays that:

19      1.   RocketLawyer and all of its respective agents, officers, employees,

20  representatives, successors, assigns, attorneys, and all other persons acting for, with,

21  by, through or under authority from RocketLawyer, or in concert or participation with

22  RocketLawyer, and each of them, be temporarily, preliminarily and permanently

23  restrained and enjoined:

24          a.   From further registration of domain names that are identical or

25              confusingly similar to LegalZoom's Trademarks, or any infringing or

26              dilutive variations thereto;

27          b.   From further use of LegalZoom's Trademarks as Internet search

28              terms or otherwise in RocketLawyer's advertisements;

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

785129

c.  From further use of the false and misleading advertisements as alleged herein; and

d.  From further acts of trademark infringement, false and misleading advertising, or unfair competition that would damage or injure LegalZoom and/or LegalZoom's Trademarks.

2.      The Court find RocketLawyer's acts of trademark infringement and unfair competition to be knowing and willful, and an exceptional case within the meaning of 15 U.S.C. § 1117;

3.      LegalZoom be awarded damages, including its actual damages, RocketLawyer's profits, treble and punitive damages, as well as its attorneys' fees and costs, in an amount to be ascertained pursuant to applicable laws, including, without limitation, 15 U.S.C. §1117 and California law; and

4.      LegalZoom have such other and further relief as the Court may deem just.


DATED:  November 20, 2012

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP


By: _____
PATRICIA L. GLASER
FRED D. HEATHER
MARY ANN T. NGUYEN
Attorneys for Plaintiff
LegalZoom.com, Inc.


## JURY TRIAL DEMAND

In accordance with Rule 38 of the Federal Rules of Civil Procedure and L.R. 38-1, LegalZoom respectfully demands a trial by jury on all issues and claims so triable.

785129

**Exhibit A-1**

| | |
|---|---|
| From: | Dorian Quispe [IMCEAEX-_O=CHOST_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+<br>20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=CDC55DE6-<br>ECD4-4F82-97D5-64187EC5077F@legalzoom.com] |
| Sent: | Wednesday, September 07, 2011 1:29 PM |
| To: | ads-trademarks@google.com |
| Cc: | Travis M.; Matt Taylor |
| Subject: | Trademark Compliant - Legalzoom |
| Attachments: | Legalzoom Adwords Trademark 9.7.2011.pdf |

To Whom It May Concern:

LegalZoom.com, Inc. ("LegalZoom" or "we") writes to notify you that certain user(s) (the "Violating Parties") of your Google Adwords service are in violation of your posted policies.  Please see attachment.

Sincerely,

**Dorian E. Quispe** | *Sr. Director of Online Media*
323.962.8600 x8770 | Fax 323.337.0732 | dquispe@legalzoom.com
www.legalzoom.com | 101 N. Brand Blvd., Suite 1100, Glendale, CA 91203



This transmission may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message. LegalZoom.com is not an attorney and can only provide self help services at your specific direction. LegalZoom.com, Inc. is a registered and bonded legal document assistant, #0104, Los Angeles County (exp. 12/11). Prices, features, terms and conditions are subject to change without notice.

1

9.7.2011

To Whom It May Concern:

LegalZoom.com, Inc. ("LegalZoom" or "we") writes to notify you that certain user(s) (the "Violating Parties") of your Google AdWords service are in violation of your posted policies. In short, the Violating Parties have violated your policies requiring that Google AdWord ads be relevant, clear, accurate and avoid using other parties' trademarks. To illustrate the violations, we have attached a screenshot of the Google results for the search term "legalzoom," attached as Exhibit 1. The circled result in Exhibit 1 is an example of an advertisement (the "Ad") by a Violating Party that violates the Google policies. The Ad directs users to a landing page, attached as Exhibit 2, that, when viewed in conjunction with the Ad, presents an unclear and inaccurate message, improperly makes competitive claims, and creates a likelihood of consumer confusion. The foregoing, taken as a whole, infringes on LegalZoom's intellectual property rights.

Claim #1. The Ad improperly makes competitive claims.

The Google AdWords policy on Competitive Claims states:

> "If your ad text contains competitive language regarding other companies, specific support for this claim must be displayed on the landing page for your AdWords ad. You can offer support for your claim that compares the features or prices of your product versus your competitor's product, or a competitive analysis discussing why your product is superior."

The Ad expressly mentions the "Zoom" product and states that the products Violating Party are better because they are free. This is clearly a competitive claim and a reasonable consumer would be interested to find out the details about this comparison. Simple examples might be: "How much of a price difference is there?" "I've heard of LegalZoom but never Zoom, are these the same?" "How do the quality and prices of Zoom and [the Violating Parties] compare?" The landing page provides no specific support for the claims made against the "Zoom" company or products. In fact, the landing page provides no comparison of any features of the Violating Party versus "Zoom" and no competitive analysis why the Violating Party's product is better than "Zoom's." In fact, the Violating Party's landing page makes no references to "Zoom" at all, let alone to LegalZoom. By directly comparing its products to the "Zoom" products in its AdWords ad but failing to provide any substantiating (or even relevant) evidence on the landing page, the Violating Party is in direct violation of Google's Competitive Claims policy.

Claim #2. The Ad is unclear and inaccurate.

The Google Adwords policy on Relevance, Clarity, and Accuracy states:

> "Your ads and keywords must directly relate to the content on the landing page for your ad. When users see your ad, they should be able to understand what kind of product, service, or other content they'll find on your site."

A plain reading of the Ad indicates that the "Zoom" product will cost the customer a fee. The landing page of the Ad says nothing about the costs associated with the "Zoom" product. In fact, there is no mention of any "Zoom" product whatsoever on the landing page, or even what or who "Zoom" might be. This ad creates confusion by mentioning a "Zoom" product that is more expensive than the Violating Party's products. The Ad creates an expectation that the landing page will explain the price difference (and possibly inform the customer what the "Zoom" product or company actually is). Upon visiting the landing page, a reasonable customer would be left confused since Ad does not directly relate to the landing page and refers to a non-entity. By referencing a fictional

competitor and making claims about such competitor's product, the Ad is clearly unclear, inaccurate, and confusing and therefore in violation of Google's Relevance, Clarity, and Accuracy policy.

Claim #3.  Trademark complaint.

A Violating Party may respond to its violation of Google's policy on Relevance, Clarity, and Accuracy by saying that "Zoom" refers to LegalZoom and that a reasonable person would understand that that the Violating Party is referring their product and prices to LegalZoom.  While this assumption could be argued to clarify the ad's content, it still leaves the Ad in violation of Google's policies regarding competitive claims because the landing page does not support the statement, as detailed above.  In addition, by using a stand-in for LegalZoom's name in the Ad in a manner that is likely to create confusion, the Violating Party is infringing on LegalZoom's intellectual property rights.  Google's stance on trademark infringement states "Google takes allegations of trademark infringement very seriously and, as a courtesy, we investigate matters raised by trademark owners."  If a Violating Party claims that the phrase "Zoom" is clear and accurate because it refers to the phrase "LegalZoom," it is intentionally confusing or misleading the consumer, in direct violation of Google's relevant trademark policies.  The phrase "Zoom" is not a registered trademark of LegalZoom but there can be no mistake that its use is intended to do nothing but circumvent Google's trademark infringement policy.  It is unimaginable that Google would allow the use of "LegalZoom" by a LegalZoom competitor in an AdWords ad, so "Zoom" in this context should be similarly prohibited as a violation of Google's trademark policy.

Response Requested.

Pursuant to Google's policy on Relevance, Clarity, and Accuracy, we respectfully request that the Ad, in particular and other ads that use the term "Zoom" in an intentionally unclear and inaccurate manner likely to create consumer confusion be disapproved and/or removed.  If, thereafter, a Violating Party persists in using such unclear and deceptive tactics, we would also request that the Violating Party's domain be disabled since such practices deprive Google users of a useful, relevant and meaningful search experience, all of which are parts of Google's stated mission.

In addition, LegalZoom hereby files a general complaint that users using the term "Zoom" in the ways described above create an unacceptable likelihood of consumer confusion.  LegalZoom also files herewith a specific complaint regarding the URLs set forth on the attached Exhibit 3.

Sincerely,

Dorian Quispe
Senior Director, Online Media

Exhibit 1:



Exhibit 2:



18

Exhibit 3:

Free Legal Documents - Zoom is Expensive: We're 100% Free
legal.rocketlawyer.com
Legal Forms, Contract, Will, Lease.
Free Legal Will - Form LLC or Non-Profit - Free Power of Attorney - Divorce Center

Adwords URL:
http://www.google.com/adk?sa=l&ai=C6JtBv7dnTvilGYFYaWG26fCsDnithlBqcvKnyKx6dWaCAAQAiC2VCgEJl-
8_JiHYMnm34blo5AZoAHXPnyA8pBA30ERE-QZ-
nefXjKM2olpG3awzi5tAMYuHuFr4JtvOABZBOugrU1CMHj6uHhi6sCFbQhQgodZ2Qjnso6FAA&rcb=j&ti=legalzoom&ei
=y7dnToLSEbTPlALnylHXCQ&sig=AOD64_3hHYWvWEnQvH20OmfWet2PAKm5Ug&sqi=2&ved=0CBoQ0QQw&adurl=
http://www.rocketlawyer.com/%3Furm_source%3D103%26campaign%3Dcompetitor%26keyword%3DlegalzoomF
%26ntype%3D6%26ad%3D9097512545%26docCategoryId%3Dnone&t=d=rja

Landing Page URL:
http://www.rocketlawyer.com/?utm_source=103&campaign=Competitor&keyword=LegalZoom&ntype=6&ad=90
9781254S&docCategoryId=none&gdid=CQ6E17nidsCFUGQ8godJ0Q4vQ

Why is Zoom So
Expensive?
www.standardlegal.com
See how Standard Legal saves you
money on the same legal forms...

Adwords URL:
http://www.google.com/adk?sa=l&ai=CweaGY7dnTvilGY4YqwG26fCsDJbUrXj_nvbm3CST_8u8BEAUjHQg
BJDgiuW._jP_8BYMnm34blo5AZoAG1jjif-
A8gBAaotEk-Gi8CdfxpiKM2vioCMQnDOBaXoF6ABZBOugrU1CMLi6uHhi6sCFbQnQgodZ2QjnsoFAA&nu
m=7&rct=j&q=legalzoom&ei=y7dnToLSHbIPlALnylHxcQ&sig=AOD64_3GXKuNLHZ-
jLqivDcrYVtiKr6bU5w&sqi=2&ved=0CDoQ0QQw&adurl=http://www.standardlegal.com/legalzoom.html&c
ad=rja

Landing Page URL:
http://www.standardlegal.com/legalzoom.html?gclid=CPSP0MLoi6sCFR5UgwodJEZuQ

19

**Exhibit A-2**

——Original Message——
From: Google Advertising Legal Support Team [mailto:ads-trademarks@google.com]
Sent: Friday, September 23, 2011 1:28 PM
To: Dorian Quispe
Subject: Re: [#866362036] Trademark Compliant - Legalzoom

Hi Donna,

Thanks for sending us your trademark complaint. Your complaint has been processed. The ads in question will now display in accordance with Google's trademark policies, which vary by region. To review our trademark policies, please see the following links:

Main policy page
(http://adwords.google.com/support/aw/bin/answer.py?hl=en&answer=6118)
Regional ad text and keyword policies
(http://adwords.google.com/support/aw/bin/answer.py?hl=en&answer=144298)

Reseller/informational site policy
(http://adwords.google.com/support/aw/bin/answer.py?hl=en&answer=145626)

Please note that we processed only the following specific URLs, which were listed in your trademark complaint:
rocketlawyer.com and standardlegal.com. We will not be disapproving the use of your trademark beyond the scope of
your complaint. In addition, we processed only this
trademark: ZOOM. If there are additional ads using variations or misspellings of your trademark, please supply us with a
list of the terms and the ads that are using them, and we will review these accordingly.

Best regards,
Sam
Google Advertising Legal Support Team

Original Message Follows:
_____

From: Dorian Quispe <dquispe@legalzoom.com>
Subject: Re: [#866362036] Trademark Compliant - Legalzoom
Date: Thu, 15 Sep 2011 19:52:03 -0500

> Thank you Lyndsay.
>
> dq
>
> Sent from my iPhone
>
> On Sep 15, 2011, at 5:43 PM, "Google Advertising Legal Support Team"
<ads-trademarks@google.com<mailto:ads-trademarks@google.com>> wrote:
>
> Lyndsay
>

2
**21**

**Exhibit A-3**

**From:** Brian Liu
**Sent:** Friday, October 14, 2011 1:43 PM
**To:** 'Charles Moore'
**Subject:** RE: Follow Up

Charley,

Thanks for getting back to be.  If you are available, I can be reached at 818-632-6117 pretty much all afternoon.

Thanks!

-- Brian

**From:** Charles Moore [mailto:cm@rocketlawyer.com]
**Sent:** Thursday, October 13, 2011 5:05 PM
**To:** Brian Liu
**Cc:** Dan Nye
**Subject:** Re: Follow Up

Brian,

We're overdue to get acquainted.  I met John Suh a couple of years ago, and I've heard a lot of good stuff about you.

Congrats on getting Sue Decker on your board, by the way.  Our kids go to school together and we have a lot of mutual friends and acquaintances. She's awesome.

I'm available tomorrow, anytime before 10am; from 10:30am - 11am, or 1:30pm - 2:30pm.  Hopefully, one of those slots is free for you too?

Otherwise, I'm traveling next week until Friday.

Best,
Charley

On Thu, Oct 13, 2011 at 4:23 PM, Dan Nye <dnye@rocketlawyer.com> wrote:
Brian - Given the topic you wish to discuss, it sounds like the best approach is for you to speak to Charley.  He's included on this message so I'll leave to the two of you to take it from here.  In addition, this should be more efficient since I am on the road.

Dan

1

On Thu, Oct 13, 2011 at 3:41 PM, Brian Liu <bliu@legalzoom.com> wrote:

Dan,

Thanks for getting back to me. I've actually met Charley before, and it would be good to reconnect, but I wanted to reach out to you since we've never met.

In addition, there is an important issue that our legal department has brought up regarding your advertising that I wanted to personally discuss with you first. Therefore, if you have time early next week, it would be good to talk.

Please let me know if you have time to talk next Monday or Tuesday.

Best,

Brian Liu

From: Dan Nye [mailto:dnye@rocketlawyer.com]
Sent: Thursday, October 13, 2011 1:35 PM
To: Brian Liu
Cc: Charles Moore
Subject: Follow Up

Brian - I received your VM from yesterday. Unfortunately, I am not in the office today or tomorrow. I'd be happy to have a call and I think it would be great for Charley Moore (Founder/Chairman) to join us. Can you provide some times that you will be available on 11/1, 11/2 or 11/4?

Thanks,

Dan

--
dnye@rocketlawyer.com
415-518-6384

2

dnye@rocketlawyer.com
415-518-6384

3

**Exhibit A-4**

**From:** Brian Liu
**Sent:** Friday, October 14, 2011 3:41 PM
**To:** 'Charles Moore'
**Subject:** RE: Follow Up

Charley,

It was good speaking with you today. Just wanted to get back to you before you left with some of the ads and landing pages that our guys are having problems with, which are in the attached document.

If you haven't seen the FTC guidance, it's here: http://www.ftc.gov/bcp/guides/free.htm  Specifically, "all of the terms, conditions and obligations should appear in close conjunction with the offer of 'Free' merchandise or service…"

As for our own Google ads, it appears that the "don't trust free" language only appears on search terms that include the word "free". We don't offer free documents, so what this ad is telling people is to not trust the concept of free in general (since often, there are strings attached.) However, I did see one ad that linked "don't trust free" to something specific, such as the legality of the document. I agree that is overly aggressive and will ask our guys to take that down.

Thanks for looking into this. When I'm in SF next, it would be good to sit down and grab a drink.

-- Brian

**From:** Charles Moore [mailto:cm@rocketlawyer.com]
**Sent:** Thursday, October 13, 2011 5:05 PM
**To:** Brian Liu
**Cc:** Dan Nye
**Subject:** Re: Follow Up

Brian,

We're overdue to get acquainted. I met John Suh a couple of years ago, and I've heard a lot of good stuff about you.

Congrats on getting Sue Decker on your board, by the way. Our kids go to school together and we have a lot of mutual friends and acquaintants. She's awesome.

1

I'm available tomorrow, anytime before 10am; from 10:30am – 11am, or 1:30pm – 2:30pm. Hopefully, one of those slots is free for you too?

Otherwise, I'm traveling next week until Friday.

Best,
Charley

On Thu, Oct 13, 2011 at 4:23 PM, Dan Nye <dnye@rocketlawyer.com> wrote:
Brian - Given the topic you wish to discuss, it sounds like the best approach is for you to speak to Charley. He's included on this message so I'll leave to the two of you to take it from here. In addition, this should be more efficient since I am on the road.

Dan

On Thu, Oct 13, 2011 at 3:41 PM, Brian Liu <bliu@legalzoom.com> wrote:

Dan,


Thanks for getting back to me. I've actually met Charley before, and it would be good to reconnect, but I wanted to reach out to you since we've never met.


In addition, there is an important issue that our legal department has brought up regarding your advertising that I wanted to personally discuss with you first. Therefore, if you have time early next week, it would be good to talk.


Please let me know if you have time to talk next Monday or Tuesday.


Best,


Brian Liu


From: Dan Nye [mailto:dnye@rocketlawyer.com]
Sent: Thursday, October 13, 2011 1:35 PM
To: Brian Liu
Cc: Charles Moore
Subject: Follow Up

2

Brian – I received your VM from yesterday.  Unfortunately, I am not in the office today or tomorrow.  I'd be happy to have a call and I think it would be great for Charley Moore (Founder/Chairman) to join us.  Can you provide some times that you will be available on 11/1, 11/2 or 11/4?


Thanks,

Dan


--

dnye@rocketlawyer.com
415-518-6384


--

dnye@rocketlawyer.com
415-518-6384

3

<u>Set Up a Free LLC</u> (877) 407 5950
www.rocketlawyer.com/Free-LLC
Form an **LLC** in Under 8 Minutes. LLC Filing that is Dead Simple!
Others Charge $99+, We're Free - 8 Minute LLC - Why We're Totally Free

1. Saying that it's *totally* free is misleading since you have to pay filing fees.
2. Free is also conditioned on opting in to a legal plan and must be disclosed.  See FTC guidelines.


<u>8 Minutes: Free LLL Setup</u> (877) 407 5950
*allstates.rocketlawyer.com/Free-LLC*
Expert Guidance, No Processing Fees Professional Filings, Start Now

1. Setting up the LLC is not free since you must pay filing fees.
2. Even if you have lawyers guide you through the process, they would have to be certified experts.
3. Are lawyers doing the filings?

Landing page:  http://www.rocketlawyer.com/incorporate-for-free.rl

1. No disclosure next to the word FREE about the conditions in the headline
2. In the Compare Pricing tab, simply disclosing the conditions in the question mark click isn't enough to satisfy FTC guidelines.
3. Legal Zoom is not our proper name, and there is no TM notice.
4. We don't sell a corporate kit for $100 anywhere on the website, so that is misleading. Our standard package contains more than just a corporate kit.
5. Registered agent service is not $159.
6. Their processing times are not the same as ours.  For example – Delaware for us is way faster than 6 weeks.


<u>Free Legal Documents - Why Pay? We're 100% Free</u>
legal.rocketlawyer.com
Legal Forms, Contract, Will, Lease.

1. This ad appears on the LegalZoom brand term.
2. RL is not 100% free.  For LLCs, and incorporations, you must pay filing fees.  For other forms, it's conditioned upon opting in to the plan.  See FTC guidance.

28

**Exhibit A-5**

------Original Message------
From: Brian Liu
Sent: Friday, November 18, 2011 11:19 AM
To: 'Charley Moore'
Subject: RE: Google Ads
Importance: High

Charley,

I tried calling you but the line isn't going through.  Can you call me at 323-790-1358?  Thanks

-- Brian

------Original Message------
From: Charley Moore [mailto:cm@rocketlawyer.com]
Sent: Thursday, November 17, 2011 9:00 PM
To: Brian Liu
Subject: Re: Google Ads

Sure, let's talk again.

I'll expect your call at 11:15 tomorrow.  415-738-7699.

Charley

On Nov 17, 2011, at 6:27 PM, Brian Liu <bliu@legalzoom.com> wrote:

> Charley,
>
> I can't tell whether you're misinformed, stalling, or something else.  Once again, you just don't seem to know the basic facts.  You asked me to confirm something that you can easily do yourself and I have done so.  Screen shots from today are below.
>
> Here are the three things that you need to do:
>
>
> 1.  There is no possible way to get a truly "free" incorporation or LLC on RocketLawer.  You always have to pay filing fees.  And even your "no processing fee" offer is conditioned upon joining your legal plan, which you hide.  Therefore, any ad that says "Free LLC," "Set up a Free LLC," "Incorporate for Free,"  "Start an LLC for Free," or any ad that says "Free" without mentioning that you have to pay filing fees + sign up for your legal plan, must be taken down immediately.

1

29

>
> 1.  On LegalZoom brand terms, you advertise "100% Free," "Why pay? We're Free" and "Free Incorporation" which are completely false and constitute unfair business practices.  As you know, many people searching for LegalZoom brand terms on Google are looking to form an LLC, so any time you say "Free" in the ad, it's not true. Therefore, any ad on LegalZoom brand terms that uses the word "Free" without stating the conditions should be immediately removed.
>
> 1.  Your comparison chart to LegalZoom's pricing is completely wrong.  For example, you state that we take 6 weeks to process a Delaware LLC – it's not true, it takes us 1 week.  That's why we charge $50 extra for state expedite fees.  Our Federal Tax ID price isn't $79 (you get a discount with our Gold package).  Our Registered Agent service isn't $159 per year – you get a free month, and the clock doesn't start until the LLC's effective date. How you came up with our "expedited processing" fee is beyond me, since I can't find that anywhere on our site. And your line-by-line comparison implies that our offerings are the same, but we offer a multitude of packages with additional benefits you can't match.  Therefore, your pricing comparison chart to LegalZoom must be immediately deleted.
>
> I'd still be happy to speak to you tomorrow at 11:15 am, but at this point, I feel like there's little more to say. Even you seemed to think that your ads were wrong, which is why you thought they were taken down.  I'll wait until next Tuesday to see what changes you make.  But if you are still running unfair or misleading ads at that time, we will take action.
>
> Sincerely,
>
> Brian Liu
>
>
>
> [cid:image001.jpg@01CCA555.EE0A2FF0]
>
>
> [cid:image002.jpg@01CCA555.EE0A2FF0]
>
>
> [cid:image003.jpg@01CCA555.EE0A2FF0]
>
>
> [cid:image004.jpg@01CCA555.EE0A2FF0]
>
>
> [cid:image005.jpg@01CCA555.EE0A2FF0]
>
> [cid:image006.jpg@01CCA555.EE0A2FF0]
>
>
>
>
> Brian Liu | Chairman
> bliu@legalzoom.com | Phone 323.790-1358 | Fax 323.337-0730
> www.legalzoom.com<http://www.legalzoom.com> | 101 N. Brand Blvd., 11th
> Floor, Glendale, CA 91203
> [cid:image007.gif@01CCA555.EE0A2FF0]<http://www.legalzoom.com/>
> This transmission may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or

2

authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.
> LegalZoom is not an attorney and can only provide self help services at your specific direction. LegalZoom.com, Inc. is a registered and bonded legal document assistant, #0104, Los Angeles County (exp. 12/11). Prices, features, terms and conditions are subject to change without notice.
>
>
>
> From: Charley Moore [mailto:cm@rocketlawyer.com]
> Sent: Thursday, November 17, 2011 7:21 AM
> To: Brian Liu
> Subject: Re: Google Ads
>
> Brian,
>
> My team has confirmed to me that we are not running ads with the copy you complained to us about.
>
> Why don't you independently confirm that or send me examples?
>
> Charley
> On Wed, Nov 16, 2011 at 5:33 PM, Brian Liu <bliu@legalzoom.com<mailto:bliu@legalzoom.com>> wrote:
> Charley,
>
> I'm not available on Friday, but this needs to be resolved quickly.  Can you make time tomorrow?  I can be available all day.
>
> — Brian
>
> From: Charley Moore
> [mailto:cm@rocketlawyer.com<mailto:cm@rocketlawyer.com>]
> Sent: Wednesday, November 16, 2011 3:15 PM
>
> To: Brian Liu
> Subject: Re: Google Ads
>
> Brian,
>
> I'm on the road until Friday.  How's 11:15 Friday for you?
>
> Charley
>
> On Nov 16, 2011, at 5:08 PM, Brian Liu <bliu@legalzoom.com<mailto:bliu@legalzoom.com>> wrote:
> Charley,
>
> If you are available now, we can also chat.  I'll be here for another hour.
>
> — Brian
>
> From: Charley Moore
> [mailto:cm@rocketlawyer.com<mailto:cm@rocketlawyer.com>]
> Sent: Wednesday, November 16, 2011 11:51 AM
> To: Brian Liu
> Subject: Re: Google Ads
>
> Brian,

3

>
> May I suggest that we get back on the phone and resolve a few issues?  Looking back, the thread on this stopped when we discovered (and you confirmed) that LZ has been running ads for multiple sites it operates for the same keywords, which violates google SEM rules.
>
> We're not interested in getting into a pissing match and continue to wish you well.
>
> This is stuff is not a good use of time for either of us, I suspect.
>
> Charley
>
> On Nov 15, 2011, at 6:53 PM, Brian Liu <bliu@legalzoom.com<mailto:bliu@legalzoom.com>> wrote:
> Charley,
>
> It's been about a month since we last spoke, and I'm disappointed that nothing has changed on your end regarding your Google ads.
>
> There's no doubt that your "100% Free" ad that's currently running on our brand terms is 100% false and misleading.  The idea that your LLCs are "totally free" is totally BS.  Your LLC landing page's comparison to LegalZoom is totally off.  And your "Free" ads that I've come across on Google are illegal according to the FTC's guidelines.
>
> You asked us to remove our ads that questioned the validity of free documents, and we did so immediately, even though there's nothing illegal about it.
>
> I don't like to escalate things if there's a better way to get things resolved, so let me know you'd like to deal with this issue.
>
> Best,
>
> Brian Liu
>
> Brian Liu | Chairman
> bliu@legalzoom.com<mailto:bliu@legalzoom.com> | Phone
> 323.790-1358<tel:323.790-1358> | Fax 323.337-0730<tel:323.337-0730>
> www.legalzoom.com<http://www.legalzoom.com> | 101 N. Brand Blvd., 11th
> Floor, Glendale, CA 91203 <image001.gif><http://www.legalzoom.com/>
> This transmission may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.
> LegalZoom is not an attorney and can only provide self help services at your specific direction. LegalZoom.com<http://LegalZoom.com>, Inc. is a registered and bonded legal document assistant, #0104, Los Angeles County (exp. 12/11). Prices, features, terms and conditions are subject to change without notice.
>
>
> <image001.jpg>
> <image002.jpg>
> <image003.jpg>
> <image004.jpg>
> <image005.jpg>
> <image006.jpg>
> <image007.gif>

4

**Exhibit B-1**

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,211,009

United States Patent and Trademark Office     Registered Feb. 20, 2007

## SERVICE MARK
## PRINCIPAL REGISTER

# LegalZoom

LEGALZOOM.COM, INC. (CALIFORNIA COR-
PORATION)
SUITE 180
7083 HOLLYWOOD BLVD.
LOS ANGELES, CA 90028

FOR: PROVIDING ONLINE DIRECTORY INFOR-
MATION ON ATTORNEY LISTINGS; ATTORNEY
REFERRAL AND MATCHING SERVICES, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-15-2000; IN COMMERCE 1-1-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,546,549.

SER. NO. 78,859,586, FILED 3-30-2006.

SAIMA MAKHDOOM, EXAMINING ATTORNEY

**Exhibit B-2**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 3,210,728

United States Patent and Trademark Office     Registered Feb. 20, 2007

SERVICE MARK
PRINCIPAL REGISTER

# LegalZoom

LEGALZOOM.COM, INC. (CALIFORNIA CORPORATION)
SUITE 180
7083 HOLLYWOOD BLVD.
LOS ANGELES, CA 90028

FOR: LEGAL DOCUMENT PREPARATION SERVICES AND PROVIDING GENERAL LEGAL INFORMATION VIA A WEBSITE ON GLOBAL COMPUTER NETWORKS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-20-2000; IN COMMERCE 7-15-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,540,549.

SER. NO. 76-758,143, FILED 11-21-2005.

SAIMA MAKHDOOM, EXAMINING ATTORNEY

34

**Exhibit B-3**

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,210,861

United States Patent and Trademark Office    Registered Feb. 20, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# LegalZoom

LEGALZOOM.COM, INC. (CALIFORNIA COR-
PORATION)
7083 HOLLYWOOD BLVD.,
SUITE 180
LOS ANGELES, CA 90028

FOR: ATTORNEY REFERRAL SERVICES, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-15-2000; IN COMMERCE 7-15-2000.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,540,549.

SER. NO. 78-807,067, FILED 2-3-2006.

SAIMA MAKHDOOM, EXAMINING ATTORNEY

**Exhibit B-4**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,540,549

United States Patent and Trademark Office     Registered Feb. 19, 2002

SERVICE MARK
PRINCIPAL REGISTER



LEGALZOOM.COM, INC. (CALIFORNIA COR-
PORATION)
639 N. LARCHMONT
SUITE 107
LOS ANGELES, CA 900041373

FOR: LEGAL DOCUMENT PREPARATION SER-
VICES AND PROVIDING GENERAL LEGAL IN-
FORMATION VIA A WEBSITE ON GLOBAL

COMPUTER NETWORKS, IN CLASS 42 (U.S. CLS.
100 AND 101).

FIRST USE 6-29-2000; IN COMMERCE 7-15-2000.

SER. NO. 78-028,538, FILED 9-29-2000.

DEZMONA MIZELLE, EXAMINING ATTORNEY

36

**Exhibit B-5**

Int. Cls.: 35 and 45

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,569,400

Registered Feb. 3, 2009

## SERVICE MARK
## PRINCIPAL REGISTER

# LegalZoom.com

LEGALZOOM.COM, INC. (CALIFORNIA COR-
PORATION)
SUITE 180
7083 HOLLYWOOD BLVD.
LOS ANGELES, CA 90028

FOR: PROVIDING ONLINE DIRECTORY INFOR-
MATION ON ATTORNEY LISTINGS AND ATTOR-
NEY REFERRAL AND MATCHING SERVICES, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-20-2000; IN COMMERCE 7-15-2000.

FOR: LEGAL SERVICES; LEGAL DOCUMENT
PREPARATION SERVICES AND PROVIDING GEN-
ERAL LEGAL INFORMATION VIA A WEBSITE ON

GLOBAL COMPUTER NETWORKS, IN CLASS 45
(U.S. CLS. 100 AND 101).

FIRST USE 6-20-2000; IN COMMERCE 7-15-2000.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,540,649, 3,210,861
AND OTHERS.

SER. NO. 77-471,025, FILED 5-9-2008.

JUSTINE D. PARKER, EXAMINING ATTORNEY

**Exhibit B-6**

# United States of America

### United States Patent and Trademark Office



**Reg. No. 3,748,170**
Registered Feb. 16, 2010

**Int. Cls.: 35 and 45**

**SERVICE MARK
PRINCIPAL REGISTER**

LEGALZOOM.COM, INC. (DELAWARE CORPORATION)
SUITE 180
7083 HOLLYWOOD BLVD.
LOS ANGELES, CA 90028

FOR: PROVIDING ONLINE DIRECTORY INFORMATION ON ATTORNEY LISTINGS; ATTORNEY REFERRAL AND MATCHING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-20-2000; IN COMMERCE 7-15-2001.

FOR: LEGAL SERVICES; LEGAL DOCUMENT PREPARATION SERVICES AND PROVIDING GENERAL LEGAL INFORMATION VIA A WEBSITE ON GLOBAL COMPUTER NETWORKS, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-20-2000; IN COMMERCE 7-15-2000.

OWNER OF U.S. REG. NOS. 2,540,349, 3,220,361 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ".COM", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF AN IMAGE OF FLYING PAPERS NEXT TO THE WORDS "LEGALZOOM.COM". THE ".COM" PORTION OF THE MARK IS LOCATED BELOW THE WORD "LEGALZOOM".

SER. NO. 77-476,052, FILED 5-15-2008.

ERIN FALE, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

**Exhibit C**

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ˅

Sign in

legalzoom

Web   Images   Maps   Shopping   More ˅   Search tools

About 1,170,000 results (0.19 seconds)

Ads related to legalzoom

**LegalZoom (Official Site) | LegalZoom.com**
www.legalzoom.com/
Personalized Services in all 50 States. Approved by Top Attorneys.
161 people +1'd this page
Last Wills Online                    Power of Attorney
Incorporations, LLCs & DBAs          Bankruptcy
Trademarks, Patents & Copyrights     Divorce

**Free Legal Documents - Free Personalized Legal Forms.**
www.legalcenterpro.com/Free-Legal
Download and Print Today. No Fees.

**Creating a Company Free - Incorporate in CA. 866-237-5787**
www.rocketlawyer.com/CA-Incorporate
Dead Simple Calif. Incorporation!
468 people +1'd or follow Rocket Lawyer
Call our Specialists: 866-231-5787 - 5 Minute California LLC - Free CA Processing

**LegalZoom: Online Legal Document Services: LLC, Wills ...**
www.legalzoom.com/
Online legal document preparation services for estate planning, trademarks,
corporations and others.

Ads

**Ask a Lawyer Online Now**
legal.justanswer.com/
A Lawyer Will Answer in Minutes!
Questions Answered Every 9 Seconds.

**Sun Doc Filings**
www.sundocumentfilings.com/
Filings Delivered to SOS Same Day!
Sacramento Based - 24 Hour Service.

**LLC vs. S Corporation?**
www.corporatetaxnetwork.com/LLC-
Advice
Which is Best for You? 888-580-5860
Call for Free LLC vs S Corp Answers

**Free Online Legal Forms**
onlineforms.lawdepot.com/
For business, family, estate and
more. Create your own. Free.

**Registered Agent Services**
www.registeredagent.com/





41



42

**Exhibit D**

+You  Search  Images  Maps  Play  YouTube    ws  Gmail  Documents  Calendar  More

## Google

legalzoom

Sign In

Search

About 1,300,000 results (0.13 seconds)

Ads related to legalzoom ⓘ

Web
Images
Maps
Videos
News
Shopping
More

Glendale, CA
Change location

Show search tools

**Free Legal Documents - Free Personalized Legal Forms.**
www.legalscanterpro.com/Free-Legal
Download and Print Today. No Fees.

**Free Incorporation - Incorporate in CA. 866-237-5787.**
www.rocketlawyer.com/Free-Incorporation
Dead Simple Calif. Incorporation!
419 people +1'd or follow Rocket Lawyer:
Call our Specialists: 866-231-5787 - 5 Minute California LLC

**Ask a Lawyer Online Now - A Lawyer Will Answer in Minutes**
legal.justanswer.com/
Questions Answered Every 9 Seconds.
General Lawyer - Employment Lawyer - Real Estate Lawyer

**LegalZoom: Online Legal Document Services, LLC, Wills ...**
www.legalzoom.com/
Online legal document preparation services for estate planning, trademarks, corporations
and others.

| Last Will and Testament | Divorce |
| Peace of Mind Review™. Receive | A uncontested divorce can help you |
| your last will & testament ... $80 ... | divide property and resolve ... |

| LLC | Patents |
| Forming an LLC can protect your | If you decide to file your patent, |
| assets by limiting your personal ... | LegalZoom.com can help ... |

| Incorporation | Legal Forms |
| Learn about incorporating for your | Get the everyday legal forms you |
| business and find out how it can ... | need at affordable prices. Top ... |

More results from legalzoom.com »

**News for legalzoom**
MEC Serves Up LegalZoom Media Biz, Welcomes New Digital Lead
mediabistro.com - 6 hours ago
Let's kill two birds to start of the day and let you'll know that WPP/GroupM's MEC unit
has won media AOR duties for LegalZoom, the online legal ...

MEC Wins LegalZoom Media Assignment
MediaPost Communications - 1 day ago

LegalZoom acquires MEC as media agency of record
The Drum - 3 hours ago

**LegalZoom - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/LegalZoom
LegalZoom.com, Inc. is an online legal documentation service that was founded by
Brian P. Y. Liu, Brian S. Lee, Edward R. Hartman, and Robert Shapiro.

**LegalZoom vs Lawyer: The Problem with Do-It-Yourself Wills**
www.taxlawandtrustslaw.com/.../legalzoom-vs-lawyer-what-you-d...
May 24, 2010 - Texas attorney Rania Combs explains how even educated consumers
can be lulled into a false sense of security by do-it-yourself wills that ...

**LegalZoom (LegalZoom) on Twitter**
https://twitter.com/LegalZoom
LegalZoom. @LegalZoom, Tools and resources for families, entrepreneurs, and small
businesses. Los Angeles, CA - http://www.LegalZoom.com ...

**LegalZoom - Glendale, CA - Document Service | Facebook**
www.facebook.com/LegalZoom
LegalZoom, Glendale, CA. 208321 likes · 7531 talking about this.

**LegalZoom = Documents + Attorneys - YouTube**
www.youtube.com/user/LegalZoom
The leader in online legal document services. From wills to corporations, living trusts to
trademarks, LegalZoom.com puts the law on your side.

**Eying An IPO In The Next Year, LegalZoom Raises $66M From ...**
techcrunch.com/.../eying-an-ipo-in-the-next-year-legalzoo...
by Leena Rao - in 19,634 Google+ circles - More by Leena Rao
Jul 26, 2011 - You may have heard of LegalZoom, which is basically an online
service that helps people create their own legal documents. The site makes
its ...

**Ads** ⓘ

**Free Legal Documents**
www.totallegal.com/
Forms for Every State,
Simple - Prepare Online & Print.

**Find a Lawyer - Free**
www.legalmatch.com/
Find the Right Lawyer in Your Area
Save Time - Describe Your Case Now!

**Registered Agent Services**
www.registeredagent.com/
Great Service at a Great Price.
No Surprises - BBB Rated A+

**File Your Trademark $99**
www.legal-shops.com/
Why pay more? Save up to $140
Affordable trademark registrations/

See your ad here »

Searches related to legalzoom

| legalzoom complaints | legalzoom divorce |
| legalzoom scam | legalzoom coupon |
| legalzoom reviews | legalzoom careers |
| legalzoom discount code | legalzoom ipo |

43

‹ Gooooooooogle ›

rocketlaywer incorporate – Google Search                    https://www.google.com/

+Mary Ann   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ▾

rocketlaywer incorporate                                    Mary Ann N   0       Share

Web   Images   Maps   Shopping   More ▾   Search tools

About 4,590,000 results (0.47 seconds)

Ads

Incorporation Lawyer – CA
www.shermanoakslawfirm.com/
Fully Licensed & Insured
Call In Sherman Oaks.
15260 Ventura Blvd, Suite 1050
(818) 724-8379 - Directions

CA Incorporation Lawyer
www.culvercityandbusinesslaw.com/
We're Local & Client Focused
Located In Culver City. Call Now.
300 Corporate Pointe, Suite 330
(323) 218-0489 - Directions

CA LLC/Corp Incorporation
www.sundocumentfilings.com/
Sacramento Based - 24 Hour Service.
Filings Delivered to SOS Same Day!

Incorporation Lawyer – CA
www.losalamitoscalawoffice.com/
Professional, Affordable Counsel
Call Our Los Alamitos, CA Office.

Incorporate Online Now
www.delawareinc.com/Same_Day_Filing
1 (877) 816 1146
$50 Off New DE Formations In Nov.!
30+ yrs. Of Lightning-Fast Filings.

Incorporation Lawyer – CA
www.realestatelawyerglendale.com/
Flexible Appointment Availability
Call Our Glendale, CA Office.
535 N Brand Blvd, Suite #501, Glendale
(818) 646-6493 - Directions

Incorporation Attorneys
www.losangelescalawfirm.net/
Schedule Now & Protect Your Rights!
Call In Los Angeles .

CA Incorporation Attorney
www.pasadenabusinessattorney.com/
Get Help With Incorporating
Located In Pasadena. Call Now.

See your ad here »

Showing results for rocket lawyer incorporate
Search instead for rocketlaywer incorporate

Ads related to rocketlaywer incorporate

Rocket Lawyer™ (Official) | RocketLawyer.com
www.rocketlawyer.com/
Free Legal Documents & Services. We Guide You Step-By-Step.
463 people +1'd or follow Rocket Lawyer
   Free Living Wills          Free Power Of Attorney
   Free Legal Forms & LLCs    Free Lease Agreements

Incorporate in Minutes - (1) Sign Up (2) Fill in Online Form
www.legalzoom.com/incorporation
(3) Launch your new corporation.
Free to Get Started - Incorporate vs. LLC - S Corp - Sole Proprietorship

The Company Corporation ® | Incorporate.com
www.incorporate.com/incorporate
Largest Incorporation Company! Incorporate Experts since 1899.
Incorporate In Any State - Form an LLC In Any State - Get a Business License Online

Incorporation Center – Rocket Lawyer
www.rocketlawyer.com/incorporate-for-free.rl
Free Incorporation. Get a Free Incorporation in Any State. How to Incorporate in
Any State For Free.

Free Legal Documents & Legal Forms | Find a Lawyer | Rocket Lawyer
www.rocketlawyer.com/
Connect with a lawyer. Help with quick ... Incorporate your business. Get the ...
Incorporated. RocketLawyer.com TM provides information and software only.

Incorporation - Rocket Lawyer
www.rocketlawyer.com/center/incorporation.rl
Free Incorporation. Get a Free Incorporation in Any State. How to Incorporate in
Any State For Free.

How to Incorporate a Business | Rocket Lawyer
www.rocketlawyer.com/article/how-to-incorporate-a-business.rl
Incorporating a business can be a complicated process, but knowing the necessary
steps and forms will help keep you organized and stress-free.

Articles of Incorporation for California Legal Form | Rocket Lawyer
www.rocketlawyer.com/form/articles-of-incorporation-for-califor...
This document, after filing, is used to form a regular business corporation in the state of
California. It defines the basic structure of the corporation. Use.

Contact Us - Rocket Lawyer
www.rocketlawyer.com/contact-us.rl
Copyright 2012 Rocket Lawyer Incorporated. RocketLawyer.com TM provides
information and software only. This site is not a "lawyer referral service" and does ...

Why Incorporate? | Rocket Lawyer
www.rocketlawyer.com/article/why-incorporate.rl
There are many reasons to incorporate your business, including legitimacy, liability
protection, and tax benefits.

Articles of Incorporation Guidelines | Rocket Lawyer
www.rocketlawyer.com/.../articles-of-incorporation-guidelines...
Learn more about articles of incorporation for your business here. Rocket Lawyer
has tons of legal information about incorporating your business, and additional ...

Rocket Lawyer - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/Rocket_Lawyer
Rocket Lawyer provides individuals and small to medium sized businesses with online
legal services—including incorporation, estate plans, legal health ...

MyCorporation vs. RocketLawyer: Which LLC Site is Best?
mycorporation.knoji.com/mycorporation-vs-rocketlawyer-ho...
1 day ago – Startup Forum: Best Options for Creating an LLC Online, Dangers of going
with a FREE LLC site ... the Best LLC sites will offer additional ...

1 of 2                                                      11/15/2012 4:20 PM



legalzoom – Google Search

+You  Search  Images  Videos  Maps  News  Shopping  Gmail  More

Sign in

Google

Search

About 6,400,000 results (0.09 seconds)

these changes our privacy
policies. This stuff
matters.

Learn more | Dismiss

Ads – Why these ads?

Everything

**LegalZoom (Official Site) | LegalZoom.com**
www.legalzoom.com
Your Online Legal Document Center. As Seen on CNN, MSNBC & Fox News.

Images

Last Wills Online
Incorporations, LLCs & DBAs
Trademarks, Patents & Copyrights

Power of Attorney
Bankruptcy
Divorce

Maps

Videos

News

**Free Online Legal Reviews | LegalSpring.com**
www.legalspring.com
Reviewing All Online Legal Services Before You Buy - Review for Free!

Shopping

More

★ **Free Legal Forms & LLCs – 100s of Documents – Print Here.**
www.rocketlawyer.com
Create LLC, Corp or NPO (No Fees!)

Glendale, CA.
Change location

**LegalZoom: Online Legal Document Services: LLC Wills ...**
www.legalzoom.com/
Online legal document preparation services for estate planning, trademarks,
corporations and others.

Any time
Past hour
Past 24 hours
Past week
Past month
Past 3 months
Past year
Custom range...

**Last Will and Testament**
Percentage of customers who would
recommend LegalZoom ...

**Wills & Estate Planning**
Creating essential estate planning
documents is fast and easy with ...

**LLC (Limited Liability Company).**
Forming an LLC can protect your
assets by limiting your personal ...

**Business Formations**
Learn about business structures to
decide which structures could ...

More search tools

**Divorce**
A uncontested divorce can help you
divide property and resolve ...

**Incorporation**
Learn about incorporation for your
business and find out how & cer ...

More results from legalzoom.com »

**LegalZoom - Twitter**
twitter.com/LegalZoom
Sign up for Twitter to follow LegalZoom (@LegalZoom). Tools and resources for
families, entrepreneurs, and small businesses.

**LegalZoom - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/LegalZoom
LegalZoom.com, Inc. is an online legal documentation service that was founded by
Brian P. Y. Liu, Brian S. Lee, Edward R. Hartman, and Robert Shapiro.

**LegalZoom Sued in Class Action for Unauthorized Law Practice ...**
www.lawyatchdog.com/2010/02/09/legalzoom-...id=8816/
Feb 9, 2010 – On December 18, 2009, LegalZoom was sued in the 19th Judicial
Circuit Court in Cole County Missouri for engaging in the unauthorized ...

**Why Your Startup Should Not Incorporate via LegalZoom | Startup ...**
startuplawyer.com/incorporation/why-legalzoom-fails-startups
Feb 21, 2009 – LegalZoom just doesn't offer the documents a typical startup needs:
Shareholders' Agreement? Nope. Stock Purchase Agreements? No, ...

**LegalZoom Readies for IPO After Raising $66M in New Capital ...**
www.allabjournal.com/...legal_zoom_readies_for_ipo_after_raising...
Jul 25, 2011 – Updated: Do-it-yourself legal document service LegalZoom is readying
for an initial public offering after raising $66 million from two venture ...

**Eying An IPO In The Next Year, LegalZoom Raises $66M From ...**
techcrunch.com/.../eying-an-ipo-in-the-next-year-legalzoom-raises-6...
Jul 24, 2011 – You may have heard of LegalZoom, which is basically an online
service that helps people create their own legal documents. The site makes its ...

llc - Google Search                                                                    Page 1 of 2

+You  Web  Images  Videos  Maps  News  Gmail  More                                    Sign in

# Google


Advanced search

**Search**   About 377,000,000 results (0.11 seconds)

| | |
|---|---|
| Everything | Ads |
| Images | **Form an LLC in 5 Minutes**<br>www.legalzoom.com/LLC<br>LLCs Made Quick and Easy.<br>Featured by CNN & MSNBC. |
| Maps | |
| Videos | ✱ **Set Up a Free LLC** 1 (877) 407-5959<br>www.rocketlawyer.com/Free-LLC<br>Form an LLC in Under 8 Minutes. LLC Filing that is Quick Simple!<br>Others Charge $99+, We're Free - 8 Minute LLC - Why We're Totally Free |
| News | |
| Shopping | **Form an LLC - Fast, Easy, Accurate & Affordable**<br>www.incorporate.com/LLC<br>Industry Leader Since 1899. |
| More | **Name Your LLC**<br>www.myusacorporation.com<br>Check a LLC Name for Free!<br>Professional Assistance, Order Now. |
| | **$25 LLC Formation - Free Operating Agreement** LlncFile.com<br>www.incfile.com/Easy_LLC<br>Free Registered Agent Services |
| Glendale, CA | **LLC Formations Online**<br>www.myusacorporation.com<br>Startups Made Simple™ for $79<br>BBB Honor Roll, Professional, Fast |
| Change location | **Limited liability company - Wikipedia, the free encyclopedia**<br>en.wikipedia.org/wiki/Limited_liability_company<br>A limited liability company (LLC) is a flexible form of enterprise that blends elements<br>of partnership and corporate structures. It is a legal form of company that ...<br>Flexibility and default rules - Income taxation - Advantages - Disadvantages |
| Any time | **Form an LLC in California**<br>www.myusacorporation.com<br>Just 3 Weeks Processing!<br>Cheap, Fast, Reliable |
| Past hour | |
| Past 24 hours | **LLC - Wikipedia, the free encyclopedia**<br>en.wikipedia.org/wiki/LLC<br>LLC is an abbreviation that most commonly refers to, in the US, a limited ... |
| Past week | Show more results from wikipedia.org |
| Past month | |
| Past 3 months | **Spiegel & Utrera P.C.**<br>www.amendlawyer.com<br>$149.95 Corps & LLC Formations<br>Includes Free State Filing Fees<br>4727 Wilshire Blvd #501, Los Angeles, C |
| Past year | **Limited Liability Company (LLC)**<br>www.irs.gov/businesses/small/article/0,,id=98277,00.html<br>Jun 21, 2011 – A Limited Liability Company (LLC) is a business structure allowed by<br>state statute. LLCs are popular because, similar to a corporation, owners ... |
| Custom range... | |
| More search tools | |
| | **LLC.com**<br>www.llc.com/<br>Form a Corporation or LLC Today. ... LLC.com from the experts at The Company<br>Corporation. Call Today: 888-290-5011 Live Chat. FREE Business ... |
| | **Incorporate an LLC Today**<br>www.rocketlawyer.com<br>Only $25 Plus State Filing Fees.<br>Order Online or Call Today! |
| | **LLC (Limited Liability Company) - LLC Formation & Business ...**<br>www.legalzoom.com/.../limited-liability-company-overview.html<br>Forming an LLC can protect your assets by limiting your personal liabilities. Start your<br>Limited Liability Company formation online in 3 simple steps. |
| | **How to Form an LLC.**<br>www.bizgenius.com<br>Limited Liability Company Formation<br>Free Book shows how to set-up! |
| | **Limited Liability Company (LLC) | California Franchise Tax Board**<br>www.ftb.ca.gov/businesses/structures/LLcompany.shtml<br>An LLC is a newer form of business entity. It has advantages over corporations and<br>partnerships. The LLC's main advantage over a partnership is that, like the ... |
| | **Form or LLC in Nevada**<br>www.corp65.com<br>Fast, Affordable, No State Tax<br>Anonymous & Shelfs. Free consult. |
| | **How to Form an LLC** Nolo.com<br>www.nolo.com/legal.../form-llc-how-to-organize-llc-30287.html<br>Here's what you need to do to form a limited liability company. |
| | See your ad here » |
| | **Limited Liability Company 101**<br>sbinformation.about.com/od/ownership/a/LLC.htm<br>Study the basics of the limited liability company structure and guide your decision to<br>company business formation. |
| | **LLC (Limited Liability Company) | LLC Formation | Forming an LLC ...**<br>www.bizfilings.com/limited-liability-company.aspx<br>Forming an LLC, or limited liability company, helps protect your personal assets ...<br>BizFilings provides LLC formation services in all states. |
| | **Chrysler Group LLC - Home**<br>www.chryslerllc.com/<br>Chrysler, Jeep, Dodge, Ram, SRT, Mopar and the Pentastar logo and registered<br>trademarks of Chrysler Group LLC. FIAT is a registered trademark of Fiat Group ... |
| | **News for llc**<br>**Kinder Morgan Management, LLC Shares Face Overbought Territory**<br>Forbes - 1 day ago<br>In trading on Monday, shares of Kinder Morgan Management, LLC (NYSE: KMR)<br>entered into overbought territory, changing hands as high as $83.47 per share, ...<br>10 related articles |

Searches related to llc
| | |
|---|---|
| llc information | llc in california |
| llc formation | llc vs corporation |

Rocket Lawyer

https://www.rocketlawyer.com/secure/account/view-document.aspx?d...

(877) 881-0947 or

Hello, Mary | Logout | Help

My Account   Estate Planning   Family   Financial   Other Personal   Professional   Search

Home > My Legal Documents > My Complete Will

## My Complete Will   Edit title

Do you like your Rocket lawyer?   Like | :(

More Services

Edit   Download   Print   Copy

Start discussion

Send a copy of this document to someone else:

Free legal review

Get advice from one of our On Call attorneys.

New | Add Note

### Document Checklist

Follow these steps to finalize this document.

### File Information

Created By: Mary Nguyen
Created Date: 10/3/2012
Size: 50.0 KB
Type: PDF

Document History

### LAST WILL AND TESTAMENT
### OF

I, _____ eRoy Angeles, California, revoke my former Wills and Codicils and declare this to be my Last Will and Testament.

#### ARTICLE I
#### IDENTIFICATION OF FAMILY

I do not have any children at the time of the signing of this Will.

#### ARTICLE II
#### PAYMENT OF DEBTS AND EXPENSES

I direct that my just debts, funeral expenses and expenses of last illness be first paid from my estate.

#### ARTICLE III
#### PET CARE DIRECTIVES

Notwithstanding any other provision of this Will, I further direct that:

I give my following pet(s):

and such other animals which I may own at the time of my death, to _____ presently residing at _____ with the request that (s)he treat them as companion animals. If (s)he is unable or unwilling to accept my animals, I give such animals to _____ with the present request that (s)he treat them as companion animals. If (s)he is unable or unwilling to accept any of such animals, my Executor shall place such appropriate person to accept the animals and shall, shall, in compensation animals, and I give any animals to such person.

#### ARTICLE IV
#### DISPOSITION OF PROPERTY

WALL STREET JOURNAL   The New York Times   BUSINESSWEEK   Bloomberg   ABC   Forbes

RocketLawyer.com
Home
Legal documents & forms
Legal contracts
Find a lawyer
Plans & pricing
Privacy policy
Sitemap

More legal resources
Lawyer directory
Legal help articles
Legal dictionary

For Attorneys
Add your lawyer profile
Get matched with clients

Connect with us!
About us
Email us

Follow us!

Assistance?

CHAT WITH US

(877) 881-0947
Call us Monday-Friday 6am-6pm PT

6f2.

10/3/2012 3:21 PM

48

(877) 881-0947 or

Login | Sign Up

Personal    Business    Find a lawyer    Pricing    Help     Search

# Plans & Pricing

| Features | Free Membership | Basic Legal Plan | Pro Legal Plan |
|---|---|---|---|
| | Try It Free | ⊙ Annual: $9.99/mon.* <br> ○ Monthly: $19.95/mon.* <br> **Sign Up** <br> Try It Free | ⊙ Annual: $33.25/mon.* <br> ○ Monthly: $39.95/mon.* <br> **Sign Up** <br> Try It Free |
| Create Legal documents | Free Letters & Forms | Personal | Professional & Personal |
| Get documents reviewed by local attorneys | | Personal | Professional & Personal |
| Free help from local attorney | | Personal | Professional & Personal |
| Legal health tools | ✔ | ✔ | ✔ |
| Access your documents instantly | ✔ | ✔ | ✔ |
| Personalized next steps | ✔ | ✔ | ✔ |
| Edit, share and print | | ✔ | ✔ |
| Free document eSign service | | ✔ | ✔ |

Rocket Lawyer provides "access to the most complete legal service online, including a comprehensive set of legal documents and resources." — Business Insider

## Have more questions?

Find answers to common questions in our Help Center.

## Are you a lawyer?

Learn how Rocket Lawyer can help you connect with new clients.

   Bloomberg    Forbes

**RocketLawyer.com**
Home
Legal documents & forms
Legal Centers
Find a lawyer
Plans & pricing
Privacy policy
Sitemap

**More legal resources**
Lawyer directory
Legal help articles
Legal dictionary

For Attorneys
Add your lawyer profile
Get instant help with clients

**Connect with us**
About us
Email us

Follow us:

**Assistance**
CHAT WITH US

(877) 881-0947
Call us Monday-Friday 6am-6pm PT

Copyright 2012 Rocket Lawyer Incorporated. RocketLawyer.com provides information and software only. This site is not a "lawyer referral service" and does not provide or participate in any legal representation. Use of RocketLawyer.com and RocketLawyer On-Call™ is subject to our Terms and Conditions and the On-Call Terms of Service.

 

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA


## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

### CV12- 9942 GAF  (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.



All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501


Failure to file at the proper location will result in your documents being returned to you.



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____CENTRAL___ District of _CALIFORNIA_____

| | |
|---|---|
| LEGALZOOM.COM, INC. a Delaware corporation | ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. **CV 12 9942** —GAF (AGRx) |
| ROCKET LAWYER INCORPORATED, a Delaware Corporation | ) ) ) |
| _____ | ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ROCKET LAWYER INCORPORATED
182 HOWARD STREET, #830
SAN FRANCISCO, CALIFORNIA 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
FRED HEATHER, ESQ.
GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP
10250 CONSTELLATION BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _NOVEMBER 20, 2012___

MARILYN DAVIS
*Signature of Clerk or Deputy Clerk*

AO-440

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

COPY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

LEGALZOOM.COM, INC.

**DEFENDANTS**

ROCKET LAWYER INCORPORATED

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

FRED HEATHER, ESQ.
GLASER WEIL FINK JACOBS HOWARD AVCHEN
    & SHAPIRO LLP
10250 CONSTELLATION BLVD., 19TH FL
LOS ANGELES, CA 90067
310-553-3000

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. §§1114 ET SEQ.; 28 U.S.C. §§1125(A) – TRADEMARK INFRINGEMENT; FEDERAL UNFAIR COMPETITION; STATE FALSE AND MISLEADING ADVERTISING; STATE UNFAIR COMPETITION.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations |  | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY |  | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee |  | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions |  |  | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 245 Tort Product Liability |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property |  |  |  | ☐ 871 IRS - Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: _____   **CV12   9942**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATE     ISTRICT COURT, CENTRAL DISTRICT     CALIFORNIA
CIVIL COVER SHEET

VIII(a).   IDENTICAL CASES:   Has this action been previously filed in this court and dismissed, remanded or closed?   [X] No   [ ] Yes

If yes, list case number(s): _____

VIII(b).   RELATED CASES:   Have any cases been previously filed in this court that are related to the present case?   [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)      [ ]   A. Arise from the same or closely related transactions, happenings, or events; or

[ ]   B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX.   VENUE:   (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN FRANCISCO | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

X.   SIGNATURE OF ATTORNEY (OR PRO PER):   _____   Date NOVEMBER 20, 2012

MARY ANN T. NGUYEN

Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |