Forrest A. Hainline III (SBN 64166)
*fhainline@goodwinprocter.com*
Hong-An Vu (SBN 266268)
*hvu@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax.: 415.677.9041

Michael T. Jones (SBN 290660)
*mjones@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

*Attorneys for Defendant*
*ROCKET LAWYER INCORPORATED*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LEGALZOOM.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET LAWYER INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 2:12-cv-09942-GAF (AGRx)<br><br>**ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT TO OCTOBER 21, 2013 AND REVISING BRIEFING SSCHEDULE**<br><br>Current Date: October 7, 2013<br>Time: 9:30 a.m.<br><br>Proposed Date: October 21, 2013<br>Time: 9:30 a.m.<br><br>Judge: Judge Gary A. Feess<br>Courtroom: 740<br>255 East Temple Street<br>Los Angeles, CA 90012<br>Action Filed: November 20, 2012 |

LIBA/2432993.1

Upon consideration of the parties' *Joint Stipulation to Continue Hearing on Motion for Summary Judgment to October 21, 2013 and to Revise Briefing Schedule,* and good cause appearing, **IT IS HEREBY ORDERED** that the hearing on LegalZoom's motion for summary judgment is hereby continued to October 21, 2013 at 9:30 a.m.  It is **FURTHER ORDERED** that the parties' briefing schedule be as follows:

1. Rocket Lawyer shall file an opposition to the motion for summary judgment on or before September 23, 2013.
2. LegalZoom shall file a reply to the opposition to the motion for summary judgment on or before October 7, 2013.

**IT IS SO ORDERED.**

Dated:  September 12, 2013

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE

LIBA/2432993.1