Forrest A. Hainline III (SBN 64166)
*fhainline@goodwinprocter.com*
Hong-An Vu (SBN 266268)
*hvu@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax.: 415.677.9041

Michael T. Jones (SBN 290660)
*mjones@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Brian W. Cook (*Pro Hac Vice*)
*bcook@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109-2802
Tel.: 617.570.1000
Fax.: 617.523.1231

*Attorneys for Defendant*
*ROCKET LAWYER INCORPORATED*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LEGALZOOM.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET LAWYER INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 2:12-cv-09942-GAF-AGR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION VACATING TRIAL DATE AND REVISING SCHEDULE FOR COMPLETING DISCOVERY AND FILING SUMMARY JUDGMENT MOTIONS**<br><br>Judge: Judge John E. McDermott<br>Courtroom: 312 N. Spring Street, Courtroom C, 8th Floor Los Angeles, CA 90012<br>Action Filed: November 20, 2012 |

ACTIVE/80847571.1

Upon consideration of the parties' *Joint Stipulation Vacating Trial Date And Revising Schedule For Completing Discovery And Filing Summary Judgment Motions* and good cause appearing, the Court hereby the Court hereby **ORDERS** the following:

The above-captioned action shall proceed on the following schedule:

1. The parties shall appear before Magistrate Judge Segal for a Settlement Conference on March 17, 2015.

2. The new deadline for completing additional discovery from third parties, which remains subject to the category and witness limits of the Prior Order, is May 19, 2015.

3. Upon learning that the completion of third party discovery is either not possible or very unlikely by the May 19, 2015, deadline, counsel shall notify the opposing party and the Court, and may, no later than April 24, 2015, file a request seeking an additional extension of the deadlines provided by this stipulation and order.

4. Upon completing all third party discovery, the parties may submit new cross-motions for summary judgment (which will supersede prior summary judgment filings) on or before June 12, 2015.

5. Summary judgment opposition briefs shall be due on or before July 3, 2015.

6. Summary judgment reply briefs shall be due on or before July 17, 2015.

7. A hearing to decide the summary judgment motions shall be held on August 10, 2015, or as soon thereafter as the Court's calendar permits.  At that hearing, the Court shall also hear argument concerning the Rule 11 motion previously brought by LegalZoom and briefed by the parties.

8. One week after the hearing on summary judgment motions, the Court shall conduct a status conference at which a new trial date and new dates for all pretrial filings shall be set.

**IT IS SO ORDERED.**

<u>January 20, 2015</u>
Date

*John E. McDermott*
HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE