1  Forrest A. Hainline III (SBN 64166)
   *fhainline@goodwinprocter.com*
2  Hong-An Vu (SBN 266268)
   *hvu@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
4  San Francisco, California 94111-4003
   Tel.: 415.733.6000
5  Fax.: 415.677.9041

6  Michael T. Jones (SBN 290660)
   *mjones@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
8  Menlo Park, California 94025-1105
   Tel.: 650.752.3100
9  Fax.: 650.853.1038

10 Brian W. Cook (*Pro Hac Vice*)
   *bcook@goodwinprocter.com*
11 **GOODWIN PROCTER LLP**
   53 State Street
12 Boston, MA 02109-2802
   Tel.: 617.570.1000
13 Fax.: 617.523.1231

14 *Attorneys for Defendant*
   *ROCKET LAWYER INCORPORATED*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LEGALZOOM.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET LAWYER INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 2:12-cv-09942-JEM<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>Judge:    Hon. John E. McDermott<br>Courtroom: C, 8th Floor<br>312 North Spring Street<br>Los Angeles, CA 90012<br><br>Action Filed: November 20, 2012 |

WHEREAS, LegalZoom.com, Inc. ("LegalZoom") and Rocket Lawyer Incorporated ("Rocket Lawyer") (together, the "Parties") have executed a Confidential Settlement and General Release effective June 25, 2015 (the "Settlement Agreement"); and

WHEREAS, pursuant to the Settlement Agreement, the Parties agreed to dismiss the above-captioned action in its entirety, including all claims and counterclaims.

THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. LegalZoom's First Amended Complaint, ECF NO. 14, is dismissed in its entirety with prejudice.

2. Rocket Lawyer's Amended Counterclaims, ECF NO. 17, are dismissed in their entirety with prejudice.

3. The Parties shall each bear their own costs and attorneys' fees.

4. This Court shall retain jurisdiction solely for the purpose of enforcing the Settlement Agreement.

DATED: June 26, 2015

*John E. McDermott*

Honorable John E. McDermott
United States Magistrate Judge
Central District of California

1