Forrest A. Hainline III (SBN 64166)
*fhainline@goodwinprocter.com*
Hong-An Vu (SBN 266268)
*hvu@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111-4003
Tel.: 415.733.6000
Fax.: 415.677.9041

Michael T. Jones (SBN 290660)
*mjones@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Brian W. Cook (*Pro Hac Vice*)
*bcook@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109-2802
Tel.: 617.570.1000
Fax.: 617.523.1231

*Attorneys for Defendant*
*ROCKET LAWYER INCORPORATED*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LEGALZOOM.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET LAWYER INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 2:12-cv-09942-JEM<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>Judge: Hon. John E. McDermott<br>Courtroom: C, 8th Floor<br>312 North Spring Street<br>Los Angeles, CA 90012<br><br>Action Filed: November 20, 2012 |

WHEREAS, LegalZoom.com, Inc. ("LegalZoom") and Rocket Lawyer Incorporated ("Rocket Lawyer") (together, the "Parties") have executed a Confidential Settlement and General Release effective June 25, 2015 (the "Settlement Agreement"); and

WHEREAS, pursuant to the Settlement Agreement, the Parties agreed to dismiss the above-captioned action in its entirety, including all claims and counterclaims.

THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. LegalZoom's First Amended Complaint, ECF NO. 14, is dismissed in its entirety with prejudice.

2. Rocket Lawyer's Amended Counterclaims, ECF NO. 17, are dismissed in their entirety with prejudice.

3. The Parties shall each bear their own costs and attorneys' fees.

4. This Court shall retain jurisdiction solely for the purpose of enforcing the Settlement Agreement.

DATED: June 26, 2015

*John E. McDermott*

Honorable John E. McDermott
United States Magistrate Judge
Central District of California